1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    CHARLES RAY GORDON,                  Case No.  2:21-cv-01898-JDP (PC)
12                  Plaintiff,             ORDER DIRECTING PLAINTIFF TO FILE
                                           AN APPLICATION TO PROCEED IN
13          v.                             FORMA PAUPERIS OR PAY THE FILING
                                           FEE
14    NNENNA IKEGBU,
15                  Defendant.
16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not, however, filed a completed *in forma pauperis* affidavit or paid

19    the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a),

20    1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

21    support of a request to proceed *in forma pauperis* or to submit the required fees totaling $402.00.

22          The revised *in forma pauperis* application form includes a section that must be completed

23    by a prison official, which must be accompanied by a certified copy of the prisoner's prison trust

24    account statement for the six-month period immediately preceding the filing of this action.

25    However, this section is for non-CDCR incarcerated prisoners only.  Because plaintiff is housed

26

27          [1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $52.00 administrative fee.

                                          1

in CDCR custody, CDCR will email plaintiff's certified financial information directly to the court.  But plaintiff must still provide a signed and dated application to proceed *in forma pauperis*.

In accordance with the above, it is hereby ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, either a properly completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $402.00.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:    October 21, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2