UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY GORDON,<br><br>                Plaintiff,<br><br>   v.<br><br>NNENNA IKEGBU,<br><br>                Defendant. | Case No.  2:21-cv-01898-DAD-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 22 |

      Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On December 29, 2022, defendant moved to opt out of the court's alternative dispute resolution program.

      Good cause appearing, it is hereby ORDERED that defendant's motion, ECF No. 22, is granted, and the stay entered November 30, 2022, is lifted.

IT IS SO ORDERED.

Dated:   January 3, 2023

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE