UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY GORDON,<br><br>        Plaintiff,<br><br>   v.<br><br>NNENNA IKEGBU,<br><br>        Defendant. | No. 2:21-cv-01898-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 35<br><br>RESPONSE DUE JANUARY 16, 2024 |

Plaintiff has filed his second motion for an extension of time to file an opposition to defendant's motion for summary judgment. ECF No. 35. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 35, is granted.

2. Plaintiff is granted until January 16, 2024, to file an opposition to defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated:   December 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE