UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY GORDON,<br><br>Plaintiff,<br><br>v.<br><br>NNENNA IKEGBU,<br><br>Defendant. | Case No. 2:21-cv-1898-DAD-JDP (P)<br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file objections to the September 4, 2024 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 44, is granted; and

2. Plaintiff is granted until January 15, 2025 to file objections to the September 4, 2024 findings and recommendations. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   December 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1